UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: <u>24-cv-1203</u>

ROGER PROVOST,

     Plaintiff,

v.

ALSTOM SIGNALING OPERATION,
LLC, a Delaware corporation,

     Defendant.

_____/

## **DEFENDANT'S NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** Defendant, Alston Signaling Operation, LLC, hereby removes the action pending in the County Court for Brevard County, Florida, as case number 05-2024-CC-029373-XXCC-BC, pursuant to 28 USC §1446(b)(3). The County Court for Brevard County is within the Middle District of Florida (Orlando Division).

This is an action alleging breach of contract seeking an employer's contribution to a 401(k) plan.  See Complaint at ¶11-13, 19. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, on the grounds the Plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq., and jurisdiction for any remaining state law counts are preempted all together. See 29 USC 1132(a) and (e).

This notice of removal is timely pursuant to 28 U.S.C. §1446(b). Plaintiff filed the attached Complaint on May 16, 2024 and was served on June 14, 2024. This notice of removal is hereby filed within the thirty-day deadline after service on the defendant. Copies of the process, pleadings,

278938711v.1

orders, and other papers or exhibits on file with the state court are attached as Exhibit "A" in accordance with 28 U.S.C. §1446(a), along with a [Federal] Civil Cover Sheet as Exhibit "B."

Contemporaneously with the filing of this notice of removal, the undersigned served a Notice of Filing Notice of Removal to Federal Court upon plaintiff as required by 28 U.S.C. §1446(d).

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
100 SE 2nd Street, Suite 2100
Miami, FL 33131
Tel.     (305) 374-4400
Fax     (305) 579-0261
*Attorney for Defendants*


By: */s/ Sergio R. Casiano, Jr*
       Sergio R. Casiano, Jr.
       Florida Bar No.: 457302
       sergio.casiano@wilsonelser.com


*(Certificate of Service on the Following Page)*

2

278938711v.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by email. Whereas, all participants not CM/ECF users were provided a true and correct copy of the foregoing by U.S. Mail, as indicated below.

By: */s/ Sergio R. Casiano, Jr*
Sergio R. Casiano, Jr.
Florida Bar No.: 457302

**SERVICE LIST**
Benjamin H. Yormak, Esq.
Yormak Employment & Disability Law
27200 Riverview Center Blvd, Suite 109
Bonita Springs, FL 34134
Tel.    (239) 985-9691
byormak@yormaklaw.com
*Counsel for Plaintiff*

3

278938711v.1