Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
06/14/2024
CT Log Number 546656545

## Service of Process Transmittal Summary

**TO:**     Johnetta Falk
ALSTOM Transportation, Inc.
1251 WATERFRONT PL
PITTSBURGH, PA 15222-4227

**RE:**     **Process Served in Florida**

**FOR:**    Alstom Signaling Operation, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROGER PROVOST, an individual vs. ALSTOM SIGNALING OPERATION LLC |
| **CASE #:** | 052024CC029373XXCCBC |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/14/2024 at 14:35 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Johnetta Falk  johnetta.falk@alstomgroup.com |
| | Email Notification,  Kathryn Kimball  kathryn.kimball@alstomgroup.com |
| | Email Notification,  Eileen Windham  eileen.windham@alstomgroup.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 1200 South Pine Island Road |
| | Plantation, FL 33324 |
| | 866-401-8252 |
| | LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:**                                Fri, Jun 14, 2024
**Server Name:**                         Roy Bates

| Entity Served | ALSTOM SIGNALING OPERATION, LLC |
|---|---|
| Case Number | 05-2024-CC-029373-XXCC-BC |
| Jurisdiction | FL |

| Inserts |
|---|
| | | |



Filing # 198510426 E-Filed 05/16/2024 05:02:25 PM

## COUNTY COURT OF THE 18th JUDICIAL CIRCUIT
## IN AND FOR BREVARD COUNTY, FLORIDA

**ROGER PROVOST**, an individual,

Plaintiff,

v.

**ALSTOM SIGNALING OPERATION LLC**, a
Delaware corporation,

Defendant.

**CIVIL ACTION**

**Case No.** 05-2024-CC-029373-XXCC-BC

**Judge:**

## SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint
filed in on the Defendant:

**ALSTOM SIGNALING OPERATION LLC**, by serving
Registered Agent:

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this
summons is served on you to file a written response to the attached complaint with
the clerk of this court. A phone call will not protect you. Your written response,
including the case number given above and the names of the parties, must be filed
if you want the court to hear your side of the case. If you do not file your response
on time, you may lose the case, and your wages, money, and property may

1

Roy Bates
SPS #1383
2024/06/14  14:35:32

thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.

Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou

2

expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff's Attorney:       Benjamin H. Yormak (FBN 0071272)
                            Attorney for Plaintiff
                            YORMAK EMPLOYMENT & DISABILITY LAW
                            27200 Riverview Center Blvd., Suite 109
                            Bonita Springs, Florida 34134
                            Telephone: (239) 985-9691
                            Fax: (239) 288-2534
                            Email:byormak@yormaklaw.com

3

**DATED:** _____ MAY 21, 2024 _____

**CLERK OF THE COURT &
COMPTROLLER
(SEAL)**

Rachel M. Sadoff, CFCC
Brevard County Clerk of Court & Comptroller


By: _____
as Deputy Clerk

4

Filing # 198510426 E-Filed 05/16/2024 05:02:25 PM

## COUNTY COURT OF THE 18th JUDICIAL CIRCUIT
## IN AND FOR BREVARD COUNTY, FLORIDA

ROGER PROVOST, an individual,

        Plaintiff,

v.

ALSTOM SIGNALING OPERATION LLC, a
Delaware corporation,

        Defendant.

CIVIL ACTION

Case No.

Judge:

## COMPLAINT AND DEMAND FOR JURY TRIAL

**NOW COMES** the Plaintiff, **ROGER PROVOST** ("**PROVOST**" or Plaintiff), by and through undersigned counsel, and states the following for his Complaint:

## CAUSES OF ACTION

1.    This is an action for promissory estoppel, the damages for which do not exceed $50,000.00.

## PARTIES

2.    **PROVOST** is an individual and was a resident of Florida who at all material times resided in Brevard County, Florida and who worked for the Defendant in Brevard County, Florida.

1

3.     Defendant, **ALSTOM SIGNALING OPERATION LLC** ("Defendant") is a Delaware corporation that makes, installs and maintains transportation signals in Florida.

4.     At all times relevant to the instant action, the Defendant was the Plaintiff's employer.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction of this matter under F.S. § 34.01.

6.     Venue is proper in Brevard County under F.S. §47.011 because the Defendant conducts business in, and some or all of the events giving rise to Plaintiff's claims occurred in Brevard County, Florida.

## GENERAL ALLEGATIONS

7.     **PROVOST** began working for the Defendant in 2011 and was employed as a safety manager.

8.     **PROVOST** is a French citizen and was working for the Defendant on a visa.

9.     **PROVOST** performed his assigned duties in a professional manner and were very well qualified for his position.

10.     **PROVOST** always met and exceeded performance goals and always received very good to excellent performance reviews.

11.     The Defendant employed **PROVOST** pursuant to a contract that provided the Defendant would contribute 11% of his annual income to his 401k.

2

12. In 2023, **PROVOST** earned $226,131, and thus the Defendant should have contributed $24,874 to his 401k.

13. However, the Defendant has now refused to make this contribution.

14. In or about November 2023, **PROVOST** retired at the conclusion of his contract.

15. Prior to deciding to retire, **PROVOST** contacted the Defendant to seek assurance that his retiring in November 2023 would not affect his entitlement to the 11% payment, and on August 16, 2023, the Defendant confirmed in writing that it would pay **PROVOST** the 11%.

16. In reliance upon the Defendant's written representations, **PROVOST** chose to retire.

17. However, the Defendant has now refused to do remit payment of the 11% (or $24,874).

### COUNT I – BREACH OF CONTRACT

18. The Plaintiff realleges and incorporates Paragraphs 1-17 in this Count by reference.

19. A contract existed between **PROVOST** and Defendant.

20. Both **PROVOST** and Defendant agreed to those terms, which were clear and unambiguous.

21. **PROVOST** fully and satisfactorily performed his duties under the contract.

3

22.    The Defendant has breached the contract by refusing to pay **PROVOST** the full amount due under the terms of the contract.

23.    **PROVOST** has been damaged as a result of Defendant's breach of the contract.

24.    This Count is timely brought and all conditions precedent have occurred or been waived.

**WHEREFORE**, Plaintiff respectfully demands that this Honorable Court enter its judgment in favor of Plaintiff and against Defendant in an amount consistent with the evidence, together with the costs of this litigation, interest, reasonable attorney's fees, and all other relief as this Court deems proper.

### COUNT II – PROMISSORY ESTOPPEL

25.    The Plaintiff realleges and incorporates Paragraphs 1-17 in this Count by reference.

26.    This Count is pled in the alternative.

27.    Defendant represented that **PROVOST** would receive an 11% payment into his 401k regardless of whether he retired or not.

28.    Defendant thus made a representation as to a material fact, which is contrary to its now-asserted position.

29.    **PROVOST** reasonably but detrimentally relied upon the representation of Defendant.

4

30.    Defendant's change in position is detrimental to **PROVOST** as he reasonably relied upon the same in deciding to retire.

31.    Injustice can only be avoided by enforcing the promise against Defendant.

32.    **PROVOST** has been damaged as a result of Defendant's actions.

33.    This Count is timely brought and all conditions precedent have occurred or been waived.

**WHEREFORE**, Plaintiff respectfully demands that this Honorable Court enter its judgment in favor of Plaintiff and against Defendant in an amount consistent with the evidence, together with the costs of this litigation, interest, reasonable attorney's fees, and all other relief as this Court deems proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all issues triable as of right.

Respectfully submitted,

Dated:  May 16, 2024

**/s/ Benjamin H. Yormak**
Benjamin H. Yormak
Florida Bar Number 71272
Lead Counsel for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com

5