# BECA
## Brevard Electronic Court Application

| | |
|---|---|
| Case Number: 05-2024-CC-029373-XXCC-BC | Case Type: 380 |
| Date Filed: 05/16/2024 | Case Status: ORIGINAL PENDING |
| Status Date: 05/16/2024 | Judge: KATHRYN C JACOBUS |
| Jurisdiction: OUT OF COUNTY | Charging Agency: NONE |

**Participants**

| Type | Name | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | ALSTOM SIGNALING OPERATION LLC | | | | | 1200 S PINE ISLAND RD | C T CORPORATION SYSTEM | PLANTATION, FL 33324-4469 |
| ATTORNEY FOR: D1 | CASIANO SERGIO R JR | | | | | 201 ALHAMBRA CIR STE 802 | | CORAL GABLES, FL 33134-5108 |
| PLAINTIFF (1) | PROVOST ROGER | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P1 | YORMAK BENJAMIN H | | | | | 27200 RIVERVIEW CENTER BLVD STE 109 | | BONITA SPRINGS, FL 34134-4317 |

**Register of Actions**

| Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|
| 05/16/2024 | 1 | COMPLAINT WITH DEMAND FOR JURY TRIAL | 5 | |
| 05/16/2024 | | PROPOSED SUMMONS TO BE ISSUED | 4 | |
| 05/16/2024 | | ASM: CO CIVIL $15001-$30000 | 2 | 400.00 |
| 05/16/2024 | | ORIGINAL FILING UPDATED | 2 | |
| 05/16/2024 | | ASM: ISSUE COUNTY SUMMONS | 2 | 10.00 |
| 05/21/2024 | 2 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 4 | |
| 05/22/2024 | 3 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN & ORDER | 8 | |
| 06/17/2024 | 4 | RETURN OR PROOF OF SERVICE | 5 | |
| 06/25/2024 | 5 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| | | **Total Number of Document Pages** | **34** | |

**Complaints**

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 05/16/2024 | COUNTY CIVIL $15001 - $30000 | | |

**Financials**

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| PROVOST ROGER | CO CIVIL F/F | $400.00 | $0.00 | $400.00 | | $0.00 |
| PROVOST ROGER | ISSUE CTY SUMMONS | $10.00 | $0.00 | $10.00 | | $0.00 |
| **TOTALS:** | | **$410.00** | **$0.00** | **$410.00** | | **$0.00** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **$0.00** |

**Payments**

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|

| S278017 | P 1 | EFILING # 198510426 | PMT: CO CIVIL $15001-$30000 | 05/21/2024 | $400.00 | REGULAR CASH | YORMAK BENJAMIN H |
| S278017 | P 1 | EFILING # 198510426 | PMT: ISSUE COUNTY SUMMONS | 05/21/2024 | $10.00 | REGULAR CASH | YORMAK BENJAMIN H |

## Judge History

| Date Assigned | Case Type | Judge | Description |
|---|---|---|---|
| 05/16/2024 | COUNTY CIVIL | KATHRYN C JACOBUS | INITIAL ASSIGNMENT |