Filing # 200691279 E-Filed 06/17/2024 12:48:31 PM

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Brevard** | **County Court** |

Case Number: 05-2024-CC-029373-XXCC-BC

Plaintiff:
**ROGER PROVOST, an individual,**

vs.

Defendant:
**ALSTOM SIGNALING OPERATION LLC, a Delaware Corporation,**

For:
Benjamin H. Yormak, Esquire
Yormak Employment & Disability Law Group
27200 Riverview Center Blvd
Suite 109
Bonita Springs, FL 34134



CPA2024005953

Received by Attorneys Subpoena Service , Inc on the 14th day of June, 2024 at 11:34 am to be served on **ALSTOM SIGNALING OPERATION LLC C/O CT CORPORATION SYSTEM AS REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, Broward County, FL 33324**.

I, Roy Bates, do hereby affirm that on the **14th day of June, 2024** at **2:35 pm, I:**

served a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **Summons and Complaint and Demand for Jury Trial** with the date and time of service, my initials, and identification number endorsed thereon by me to **Lisa Howard, an Intake Specialist, employed by the Registered Agent CT Corporation System** at the address of **1200 S Pine Island Road, Plantation, FL 33324** on behalf of **ALSTOM SIGNALING OPERATION LLC,** I informed said person of the contents therein. Lisa Howard is described as a Middle Eastern female, estimated age of 39 years old with dark brown hair, 5' 9 tall, weighing 120, and was wearing glasses. Service was effectuated pursuant to F.S. 48.081 (3)(a)

Pursuant to Florida Statute 92.525 (2), I acknowledge that I am a Special Process Server in good standing in the Judicial Cir cuit in which service was effected, that I am over the age of 18, and that I am not a party to, nor interested in, the outcome of the above-entitled suit. Under penalties of perjury, I declare I have read the foregoing verified Return of Service and the facts stated in it are true. No Notary Required.

**Roy Bates**
SPS #1383
6/14/2024
**Date**

**Attorneys Subpoena Service , Inc**
**2211 Widman Way - Ste 210**
**Fort Myers, FL 33901**
**(239) 337-3783**

Our Job Serial Number: CPA-2024005953

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**COUNTY COURT OF THE 18th JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA**

| | |
|---|---|
| **ROGER PROVOST**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ALSTOM SIGNALING OPERATION LLC**, a<br>Delaware corporation,<br><br>Defendant. | **CIVIL ACTION**<br><br>**Case No.** 05-2024-CC-029373-XXCC-BC<br><br>**Judge:** |

**SUMMONS**

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint filed in on the Defendant:

      **ALSTOM SIGNALING OPERATION LLC**, by serving
Registered Agent:

      C T CORPORATION SYSTEM
      1200 SOUTH PINE ISLAND ROAD
      PLANTATION, FL 33324

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may

1

| | |
|---|---|
| DELIVERED | 6/14/2024 2:35 PM |
| SERVER | RJB |
| LICENSE | SPS #1383 |

thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.

Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou

expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Plaintiff's Attorney:     Benjamin H. Yormak (FBN 0071272)
Attorney for Plaintiff
YORMAK EMPLOYMENT & DISABILITY LAW
27200 Riverview Center Blvd., Suite 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email:byormak@yormaklaw.com

3

05-2024-CC-029373-XXCC-BC      R PROVOST VS ALSTOM SIGNALING      Filing 200691279

DATED: _____ MAY 21, 2024 _____

CLERK OF THE COURT &
COMPTROLLER
(SEAL)

Rachel M. Sadoff, CFCC
Brevard County Clerk of Court & Comptroller


By: _____
            as Deputy Clerk

4

05-2024-CC-029373-XXCC-BC

R PROVOST VS ALSTOM SIGNALING

Filing 200691279